CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 23 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| D.B., ET AL., *Plaintiffs,* v. BEDFORD COUNTY SCHOOL BOARD, *Defendant.* | CIVIL ACTION NO. 6:09-CV-00013 ORDER JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Plaintiffs' motion for summary judgment (docket no. 49) is GRANTED, Defendant's motion for summary judgment (docket no. 37) is DENIED, Defendant's motion to strike Plaintiffs' additional evidence (docket no. 53) is GRANTED, and Plaintiffs' motion for leave to file supplemental exhibits (docket no. 57) is DENIED. Plaintiffs are directed to submit, within fourteen (14) days of the date of entry of this order, a petition for order of judgment (supplemented with a proposed judgment order), and any other motions, such as a motion for attorney's fees pursuant to 20 U.S.C. § 1415(i)(3)(B).

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this 23rd day of April, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE