CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 23 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| D.B., ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> BEDFORD COUNTY SCHOOL BOARD, <br><br> *Defendant.* | CIVIL ACTION NO. 6:09-CV-00013 <br><br> ORDER <br><br> NORMAN K. MOON <br> SENIOR UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion for stay (docket no. 88) is DENIED without prejudice to Defendant's right to file a renewed motion for stay with bond on appeal, pursuant to Rule 62(d), once judgment is entered. And, as noted in the accompanying memorandum opinion, all other matters related to Plaintiffs' motion for judgment (docket no. 77) are referred to United States Magistrate Judge Michael F. Urbanski, pursuant to 28 U.S.C. § 636(b)(1), to conduct such proceedings as will enable him to submit to this court proposed findings of fact, conclusions of law, and a recommended disposition.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to the Honorable Michael F. Urbanski.

It is so ORDERED.

Entered this 23rd day of August, 2010.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE