CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 24 2010
JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| D.B., ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BEDFORD COUNTY SCHOOL BOARD,<br><br>*Defendant.* | CIVIL ACTION NO. 6:09-CV-00013<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

It has come to my attention that the memorandum opinion I entered in the above-referenced action on April 23, 2010, contains a typographical error, and that I should emend my memorandum opinion of August 23, 2010, to include two additional footnotes.* The corrected memorandum opinion of April 23, 2010, is attached as appendix A, and the emended memorandum opinion of August 23, 2010, is attached as appendix B.

The Clerk of the Court is directed to replace the memorandum opinion of April 23, 2010 (docket no. 74), with the corrected opinion, attached as appendix A; and to replace the memorandum opinion of August 23, 2010 (docket no. 103), with the emended opinion, attached as appendix B.

The Clerk is further directed to send a certified copy of this order to all counsel of record.

It is so ORDERED.

Entered this   23rd   day of August, 2010.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

* The emendation required the inclusion of footnotes 10 & 13.