IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

D.B., et al.,

    Plaintiffs,

v.

BEDFORD COUNTY SCHOOL BOARD,

    Defendant.

Civil Action No. 6:09-cv-00013

## CONSENT ORDER

THIS DAY CAME Plaintiffs D.B., a minor, by and through his mother, A.B.; and A.B., on her own behalf (collectively, "Plaintiffs"), and Defendant, Bedford County School Board, by counsel; and

WHEREAS counsel for Plaintiffs is attending traveling out of the country in Hungary and has limited access to computers during the time that Plaintiffs' Reply Memorandum in Support of Petition for *Pendente Lite* Relief originally would have been due; and

WHEREAS counsel for Defendant has consented to the extension of time requested by counsel for Plaintiffs; and for good cause shown,

It is hereby ORDERED that Plaintiffs' request for an extension of time to file their Reply Memorandum in Support of Petition for *Pendente Lite* Relief is GRANTED and Plaintiffs have until October 15, 2010 to file their Memorandum.

Let the Clerk send a copy of this Order to counsel of record.

10-13-10
_____
Date

_____
Judge

WE ASK FOR THIS:

_____/s/_____
Henry G. Bostwick II (VSB # 75948)
 hank@lasrv.org
VIRGINIA LEGAL AID SOCIETY
519 Main Street
Danville, VA 24541
Telephone: (434) 799-3550
Fax: (434) 799-5739

David Beidler (VSB #24563)
 david@lasrv.org
LEGAL AID SOCIETY OF
ROANOKE VALLEY
132 Campbell Ave SW, Suite 200
Roanoke, Virginia 24011
Telephone: (540) 344-2088

William H. Hurd (VSB # 16769)
 william.hurd@troutmansanders.com
Siran S. Faulders (VSB # 24328)
 siran.faulders@troutmansanders.com
Paige S. Fitzgerald (VSB # 35184)
 paige.fitzgerald@troutmansanders.com
Stephen C. Piepgrass (VSB # 71361)
 stephen.piepgrass@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1335
Facsimile: (804) 698-6058

Counsel for Plaintiffs

SEEN AND AGREED:

_____/s/_____
Kathleen S. Mehfoud, Esquire (VSB # 18096)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3426
Facsimile: (804) 344-3410
kmehfoud@reedsmith.com

    Co-counsel for Bedford County School Board

Eric E. Harrison, Esquire (VSB# 74972)
Frank A. Wright, Esquire (VSB# 42036)
OVERBEY, HAWKINS & WRIGHT
776 Village Highway, PO Box 38
Rustburg, Virginia 24588
(434) 332-5155; fax 332-5143
eharrison@overbeylaw.com
fwright@overbeylaw.com

    Co-Counsel for Bedford County School Board